IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BARNETT** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-5344 |
| v. | : | |
| | : | |
| **SUPERINTENDENT FISHER,** *et al.* | : | |
| *Respondents* | : | |

## O R D E R

**AND NOW,** this 17th day of March 2014, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing.

3. Petitioner has neither shown a denial of federal constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his sole claim on procedural grounds. Consequently, a certificate of appealability is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.